# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1427

_____

Steven Lee Smith,                           *
                                            *
        Appellant,                *
                                            *   Appeal from the United States
   v.                                    *   District Court for the
                                            *   Eastern District of Arkansas.
Justin Moody, Jailer with Clay County       *
Detention Center,                           *            [UNPUBLISHED]
                                            *
        Appellee.                 *

_____

Submitted:  March 3, 1999
Filed:  March 26, 1999

_____

Before RICHARD S. ARNOLD, WOLLMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

Steven Lee Smith, an Arkansas inmate, appeals from the district court's[1] order dismissing his 42 U.S.C. § 1983 action. After carefully reviewing the record, we conclude dismissal was warranted because Smith failed to allege any physical injury in his complaint. See 42 U.S.C. § 1997e(e) (no federal civil action may be brought by prisoner for emotional injury without showing of physical injury); cf. Siglar v. Hightower, 112 F.3d 191, 193 (5th Cir. 1997) (affirming dismissal of inmate's claims

_____

[1]The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas.

pursuant to § 1997e(e) where alleged physical injury was merely de minimis). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.